IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC WATERMAN, )<br>  )<br>   Plaintiff, )<br>  ) Case No. 2:22-cv-01400<br>   v. )<br>  )<br> MANDIANT, INC., ENRIQUE SALEM, )<br> KEVIN MANDIA, KIMBERLY ALEXY, )<br> SARA ANDREWS, RONALD E. F. CODD, )<br> ARTHUR W. COVIELLO, JR., ADRIAN )<br> MCDERMOTT, VIRAL PATEL, and )<br> ROBERT SWITZ, )<br>  )<br>   Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 6, 2022

**GRABAR LAW OFFICE**

By: *(signature)*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*